

FILED

APR 0 5 2021

Clerk, U.S. District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-124-BLG-SPW-JTJ |
| Plaintiff, | **FINDINGS AND RECOMMENDATIONS** |
| vs. | |
| MARVIN ERIC GALLOWAY, | |
| Defendant. | |

## I.  Synopsis

Defendant Marvin Eric Galloway (Galloway) has been accused of violating the conditions of his supervised release.  Galloway admitted all of the alleged violations.  Galloway's supervised release should be revoked.  Galloway should be placed in custody for 3 months, with 32 months of supervised release to follow. Galloway should self-report at the Cascade County Detention Center no later than 5:00 p.m. on April 8, 2021.  Galloway should serve the first 60 days of supervised release at a secure inpatient drug treatment facility.

## II.  Status

Galloway pleaded guilty to 15 counts of being a Felon in Possession of a Firearm on March 28, 2012.  (Doc. 19).  The Court sentenced Galloway to 84 months of custody, followed by 3 years of supervised release.  (Doc. 23).

Galloway's current term of supervised release began on February 5, 2021. (Doc. 44 at 2).

**Petition**

The United States Probation Office filed a Petition on March 12, 2021, requesting that the Court revoke Galloway's supervised release. (Doc. 44). The Petition alleged that Galloway had violated the conditions of his supervised release: 1) by using methamphetamine on two separate occasions; 2) by interacting with a person who was engaging in criminal activity, on two separate occasions; 3) by failing to report for substance abuse treatment at the scheduled time; and 4) by possessing methamphetamine.

**Initial appearance**

Galloway appeared before the undersigned for his initial appearance on April 5, 2021. Galloway was represented by counsel. Galloway stated that he had read the petition and that he understood the allegations. Galloway waived his right to a preliminary hearing. The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation hearing**

The Court conducted a revocation hearing on April 5, 2021. Galloway admitted that he had violated the conditions of his supervised release: 1) by using

methamphetamine on two separate occasions; 2) by interacting with a person who was engaging in criminal activity, on two separate occasions; 3) by failing to report for substance abuse treatment at the scheduled time; and 4) by possessing methamphetamine. The violations are serious and warrant revocation of Galloway's supervised release.

Galloway's violations are Grade C violations. Galloway's criminal history category is IV. Galloway's underlying offenses are Class C felonies. Galloway could be incarcerated for up to 24 months. Galloway could be ordered to remain on supervised release for up to 35 months, less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 6 to 12 months.

### III.  Analysis

Galloway's supervised release should be revoked. Galloway should be incarcerated for 3 months, with 32 months of supervised release to follow. This sentence is sufficient but not greater than necessary. Galloway should self-report at the Cascade County Detention Center no later than 5:00 p.m. on April 8, 2021. Galloway should serve the first 60 days of supervised release at a secure inpatient drug treatment facility.

3

## IV.  Conclusion

The Court informed Galloway that the above sentence would be
recommended to United States District Judge Susan P. Watters.  The Court also
informed Galloway of his right to object to these Findings and Recommendations
within 14 days of their issuance.  The Court explained to Galloway that Judge
Watters would consider a timely objection before making a final determination on
whether to revoke his supervised release and what, if any, sanction to impose.
Galloway stated that he wished to waive his right to object to these Findings and
Recommendations, and that he wished to waive his right to allocute before Judge
Watters.

The Court **FINDS:**

> That Marvin Eric Galloway violated the conditions of his supervised
> release: by using methamphetamine on two separate occasions; by
> interacting with a person who was engaging in criminal activity, on two
> separate occasions; by failing to report for substance abuse treatment at the
> scheduled time; and by possessing methamphetamine.

The Court **RECOMMENDS:**

> That the District Court revoke Galloway's supervised release
> and commit Galloway to the custody of the United States Bureau of
> Prisons for 3 months, with 32 months of supervised release to follow.
> Galloway should self-report at the Cascade County Detention Center
> no later than 5:00 p.m. on April 8, 2021.  Galloway should serve the
> first 60 days of supervised release at a secure inpatient drug treatment
> facility.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing. 28 U.S.C. § 636(b)(1). A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made. The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations. Failure to timely file written objections may bar a de novo determination by the district court judge, and may waive the right to appear and allocute before a district court judge.

DATED this 5th day of April, 2021.

John Johnston
United States Magistrate Judge